UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC SCHMIDT, an individual residing in California; MAPLE BEACH VENTURES ONE, LLC, a Delaware limited liability company; TSFV HOLDINGS, LLC, a Delaware limited liability company; and AS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>　　　　　Petitioners,<br><br>v.<br><br>DEREK RUNDELL, an individual residing in Colorado; MAPLE BEACH VENTURES, LLC, a Nevada limited liability company; STARTERNOISE, a business entity form unknown; STUDENT DEALS, a business entity form unknown; and TENNYSON COMPANY, LLC, a Colorado limited liability company,<br><br>　　　　　Respondents. | CASE NO.:<br><br>**[PROPOSED] JUDGMENT** |

The issues having been duly heard and the Court having granted Petitioner's Motion to Confirm Arbitration Award, it is hereby Ordered and Adjudged that:

1. Judgment shall be and hereby is entered in favor of Petitioners Eric Schmidt, Maple Beach Ventures One, LLC, TSFV Holdings, LLC, and AS Management, LLC (collectively, "Petitioners") and against Respondents Derek Rundell, Maple Beach Ventures, LLC, StarterNoise, Student Deals, and Tennyson Company, LLC (collectively "Respondents"), jointly and severally, in conformity with the Arbitration Consent Award issued by the Honorable Vaughn R. Walker, acting as the duly appointed arbitrator in the AAA arbitration titled *Eric Schmidt, et al. v. Derek Rundell, et al.*, AAA Case No. 01-21-0017-3351;

2. Petitioners are hereby awarded and shall receive from Respondents, jointly and severally, $2,052,250 (the "Award Amount"), and judgment shall be and hereby is entered accordingly;

3. Petitioners are hereby awarded and shall receive from Respondents, jointly and severally, $_____ in pre-judgment interest from March 20, 2023 through the date of entry of this Judgment (\_\_\_ days * $562.26 in daily interest), and judgment shall be and hereby is entered accordingly;

4. Petitioners are hereby awarded post-judgment interest at the rate of 10% per annum on the Award Amount from the date hereof until paid in full; and

5. Petitioners are the prevailing parties pursuant to the February 4, 2023 Forbearance Agreement between Petitioners and Respondents, and Petitioners are awarded their costs and fees, including attorneys' fees, incurred to enforce the Forbearance Agreement following Respondents' failure to pay Petitioners the amount owed pursuant to the Forbearance Agreement, including the prosecution of these proceedings, and Petitioners may file a motion for their costs and fees, including attorneys' fees, within 30 days of entry of this judgment.

IT IS SO ORDERED AND JUDGMENT IS HEREBY ENTERED ACCORDINGLY.

Dated: _____      _____
                                                                                              United States District Court Judge

**[PROPOSED] JUDGMENT**                                                                                             **CASE NO.** _____

2272391

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On March 30, 2023 I served the foregoing document(s) described as **[PROPOSED] JUDGMENT** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐ **(BY OVERNIGHT DELIVERY)** I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on March 30, 2023, at Los Angeles, California.

                                          /s/ Gabrielle Lee
                                        GABRIELLE LEE

**SERVICE LIST**

Joseph Tripodi, Esq.
Kranjac Tripodi & Partners LLP
30 Wall Street, 12 Floor
New York, New York 10005
Email: jtripodi@ktpllp.com

**PROOF OF SERVICE**