UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC SCHMIDT, an individual residing in California; MAPLE BEACH VENTURES ONE, LLC, a Delaware limited liability company; TSFV HOLDINGS, LLC, a Delaware limited liability company; and AS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Petitioners,<br><br>v.<br><br>DEREK RUNDELL, an individual residing in Colorado; MAPLE BEACH VENTURES, LLC, a Nevada limited liability company; STARTERNOISE, a business entity form unknown; STUDENT DEALS, a business entity form unknown; and TENNYSON COMPANY, LLC, a Colorado limited liability company,<br><br>Respondents. | CASE NO.: 23-cv-1527<br><br>[PROPOSED] JUDGMENT |

The issues having been duly heard and the Court having granted Petitioner's Motion to Confirm Arbitration Award, it is hereby Ordered and Adjudged that:

1. Judgment shall be and hereby is entered in favor of Petitioners Eric Schmidt, Maple Beach Ventures One, LLC, TSFV Holdings, LLC, and AS Management, LLC (collectively, "Petitioners") and against Respondents Derek Rundell, Maple Beach Ventures, LLC, StarterNoise, Student Deals, and Tennyson Company, LLC (collectively "Respondents"), jointly and severally, in conformity with the Arbitration Consent Award issued by the Honorable Vaughn R. Walker, acting as the duly appointed arbitrator in the AAA arbitration titled *Eric Schmidt, et al. v. Derek Rundell, et al.*, AAA Case No. 01-21-0017-3351;

2. Petitioners are hereby awarded and shall receive from Respondents, jointly and severally, $2,052,250 (the "Award Amount"), and judgment shall be and hereby is entered accordingly;

3. Petitioners are hereby awarded and shall receive from Respondents, jointly and severally, $29,237.52 in pre-judgment interest from March 20, 2023 through the date of entry of this Judgment (52 days * $562.26 in daily interest), and judgment shall be and hereby is entered accordingly;

4. Petitioners are hereby awarded post-judgment interest at the rate of 10% per annum on the Award Amount from the date hereof until paid in full; and

5. Petitioners are the prevailing parties pursuant to the February 4, 2023 Forbearance Agreement between Petitioners and Respondents, and Petitioners are awarded their costs and fees, including attorneys' fees, incurred to enforce the Forbearance Agreement following Respondents' failure to pay Petitioners the amount owed pursuant to the Forbearance Agreement, including the prosecution of these proceedings, and Petitioners may file a motion for their costs and fees, including attorneys' fees, within 30 days of entry of this judgment.

IT IS SO ORDERED AND JUDGMENT IS HEREBY ENTERED ACCORDINGLY.

Dated: May 11, 2023



United States District Judge

IT IS SO ORDERED
Judge Vince Chhabria

[PROPOSED] JUDGMENT    CASE NO. 23-1526

2272391