UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SCHMIDT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEREK RUNDELL, et al.,<br><br>    Defendants. | Case No. 23-cv-01527-VC<br><br>**ORDER DENYING MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 26 |

    The motion for fees is denied. The plaintiffs seek $125,887.50 in fees for 148 hours of work. Almost 100 of those hours—costing $84,273.75 in discounted fees—were spent on an unopposed petition to confirm an arbitration award. That alone is unreasonable. *See, e.g.*, *EXA-USA, Corporation v. Farnese Terra, Incorporated*, 2023 WL 2772515, at *5 (N.D. Cal. Mar. 16, 2023); *cf. Space Data Corporation v. Hosie Rice LLP*, 2021 WL 9762990, at *4–5 (N.D. Cal. Nov. 1, 2021); *International Petroleum Products and Additives Company, Inc. v. Black Gold S.A.R.L.*, 2020 WL 789567, at *2–3 (N.D. Cal. Feb. 18, 2020).

    Although it is tempting to deny the motion with prejudice because it is not even within the ballpark of reasonableness, the plaintiffs will be given one more opportunity. Any renewed motion for fees is due within 14 days of this order. And if the motion is unreasonable on its face, it will be denied with prejudice.

    **IT IS SO ORDERED.**

Dated: August 2, 2023

                                                         VINCE CHHABRIA
                                                         United States District Judge